UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No. CV 18-4819-MWF (ASx)	Date: December 3, 2018
Title: Chafflose Corporation, et al. v. A&H Management Service, et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER DISMISSING ACTION WITHOUT PREJUDICE

Plaintiffs Chafflose Corporation, et al., commenced this action on May 31, 2018. (Complaint (Docket No. 1)).

On August 9, 2018, Defendant 3M Company filed a Motion to Dismiss Plaintiffs' Complaint (the "Motion"), in part on the basis that Plaintiff corporations lacked counsel. (Docket No. 7); *see Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 201-02 (1993) (only natural persons may proceed *in forma pauperis* because, *inter alia*, organizations need a lawyer in federal court). On September 11, 2018, attorneys Rene Tovar and David J. Cohen entered an appearance on behalf of Plaintiffs (Docket No. 12), and filed a belated Opposition to the Motion requesting leave to file a First Amended Complaint ("FAC"), (Docket No. 11). On October 4, 2018, the Court granted Plaintiffs' request and instructed Plaintiffs to file a FAC by no later than October 31, 2018. (Docket No. 15).

On November 2, 2018, the Court received and rejected an Amended Complaint by mail from Plaintiff Koji Sasaya directly, not through his lawyers. (Docket No. 16). On November 6, 2018, the Court issued an Order directing Plaintiffs to show cause, by no later than November 13, 2018, why the action should not be dismissed for lack of prosecution (the "OSC"). (Docket No. 17). The Court indicated that an appropriate response would consist of filing of a FAC. (*Id.*).

As of December 3, 2018, Plaintiffs have not responded to the OSC.

---

**CIVIL MINUTES—GENERAL**	1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 18-4819-MWF (ASx) | **Date:** December 3, 2018 |
| **Title:** Chafflose Corporation, et al. v. A&H Management Service, et al. | |

It is well-established that a district court has authority to dismiss a plaintiff's action due to her failure to prosecute and/or to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962) (noting that district court's authority to dismiss for lack of prosecution is necessary to prevent undue delays in the disposition of pending cases and avoid congestion in district court calendars); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (stating that district court may dismiss action for failure to comply with any order of the court).

Before ordering dismissal, the Court must consider five factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3) the risk of prejudice to defendant; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions. *See In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994) (failure to prosecute); *Ferdik*, 963 F.2d at 1260-61 (failure to comply with court orders).

Taking all of these factors into account, dismissal for lack of prosecution and failure to comply with the OSC is warranted. Accordingly, the action is **DISMISSED** *without prejudice*.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.